# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

VIRGIN MOBILE USA, L.P.,

        Plaintiff,

v.                                      Case No. 17-2524-JAR

PAT APPLE, SHARI FEIST ALBRECHT, and
JAY SCOTT EMLER, in their official
capacities as commissioners of the Kansas
Corporation Commission,

        Defendants.

## AMENDED SCHEDULING ORDER

On October 5, 2018, Plaintiff Virgin Mobile USA, L.P. and Defendants Pat Apple, Shari Feist Albrecht, and Jay Scott Emler, filed a joint motion (ECF No. 43) to extend the discovery and pre-trial deadlines set out in the scheduling order (ECF No. 32). Upon review of the parties' joint motion and for good cause shown, the motion is granted and the scheduling order is amended as follows:[1]

| EVENT | DEADLINE/SETTING |
|---|---|
| All fact discovery completed | November 26, 2018 |
| Experts disclosed by plaintiff | December 5, 2018 |
| Experts disclosed by defendant | December 19, 2018 |
| Rebuttal experts disclosed | January 4, 2019 |
| All expert discovery completed | January 18, 2019 |
| Preliminary responses and objections to document requests | October 24, 2018 |

---

[1] To account for the court's schedule, some of the dates vary from those requested by the parties.

| Production of all agreed documents and submission of any document-production dispute | November 26, 2018 |
|---|---|
| All other potentially dispositive motions (e.g., summary judgment) and motions challenging admissibility of expert testimony | February 20, 2019 |
| Proposed pretrial order due | January 28, 2019 |
| Pretrial conference | February 6, 2019, at 9:00 a.m. |
| Trial | October 1, 2019, at 9:00 a.m. |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated October 9, 2018, at Kansas City, Kansas.

/s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge