IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VIRGIN MOBILE USA, L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:17-cv-02524-JAR ) |
| PAT APPLE, SHARI FEIST ALBRECHT, and JAY SCOTT EMLER, in their official capacities as Commissioners of the Kansas Corporation Commission, | ) ) ) ) ) ) |
| Defendants. | ) |

## SECOND AMENDED SCHEDULING ORDER

On March 1, 2019, plaintiff Virgin Mobile USA, L.P. and defendants Pat Apple, Shari Feist Albrecht, and Jay Scott Emler, jointly moved to enter an amended scheduling order (ECF No. 64).

Upon review of the parties' joint motion and for good cause shown to modify its Amended Scheduling Order, (ECF No. 44), the court enters this Second Amended Scheduling Order, as summarized in the table that follows. At the direction of Judge Robinson, trial has been reset for April 14, 2020.

| EVENT | DATE |
|---|---|
| Experts disclosed by plaintiff | May 20, 2019 |
| Experts disclosed by defendants | June 3, 2019 |
| Rebuttal experts disclosed | June 7, 2019 |
| All expert discovery completed | June 28, 2019 |
| Proposed pretrial order due | July 3, 2019 |
| Pretrial conference | July 11, 2019 at 1:30 p.m. |

| EVENT | DATE |
|---|---|
| All other potentially dispositive motions (e.g., summary judgment) and motions challenging admissibility of expert testimony | August 1, 2019 |
| Trial | April 14, 2020 at 9:00 a.m. |

IT IS SO ORDERED.

Dated March 4, 2019, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge

| EVENT | DATE |
|---|---|
| All other potentially dispositive motions (e.g., summary judgment) and motions challenging admissibility of expert testimony | August 1, 2019 |