# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Virgin Mobile USA, L.P., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Pat Apple, Shari Feist Albrecht, and ) <br> Jay Scott Emler, in their official ) <br> capacities as Commissioners of the ) <br> Kansas Corporation Commission, ) <br> ) <br> Defendants. ) | Case No. 2:17-cv-02524-JAR |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, AND MOTIONS CHALLENGING THE ADMISSIBILITY OF EXPERT TESTIMONY

Having considered the parties' joint motion to extend deadlines for expert discovery, dispositive motions, and motions challenging the admissibility of expert testimony, the court grants the motion. The court grants the parties' request for an extension of time to July 12, 2019 for the completion of expert discovery, and grants the parties' request for an extension of time to August 15, 2019 for filing dispositive motions and motions challenging the admissibility of expert testimony. Trial will remain set for April 14, 2020.

The final pretrial conference is rescheduled from July 11, 2019 to **July 25, 2019 at 3:00 p.m.**, in the U.S. Courthouse, Room 223, 500 State Avenue, Kansas City, Kansas. Unless otherwise notified, the undersigned magistrate judge will conduct the conference. No later than **July 16, 2019**, defendant shall submit the parties' proposed pretrial order as

an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

IT IS SO ORDERED.

Dated June 19, 2019, at Kansas City, Kansas.

                                                    s/ James P. O'Hara  
                                                    James P. O'Hara  
                                                    U.S. Magistrate Judge