# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

VIRGIN MOBILE USA, L.P.,

    Plaintiff,

    v.

DWIGHT D. KEEN, SHARI FEIST ALBRECHT, and SUSAN K. DUFFY, in their official capacities as Commissioners of the Kansas Corporation Commission,

    Defendants.

Case No. 2:17-CV-2524-JAR

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ALTER OR AMEND ORDER GRANTING PLAINTIFF'S SUMMARY JUDGMENT MOTION

Having considered the Defendants' Unopposed Motion to Alter or Amend Order Granting Plaintiff's Summary Judgment Motion (Doc. 133), the Court grants the motion and will amend its Memorandum and Order to correct the second sentence of the first full paragraph on page 14 to read: "The KUSF does not assess disbursements to providers from the FUSF High Cost Program." The remainder of the sentence in the original memorandum is stricken.

**IT IS SO ORDERED.**

Dated: March 11, 2020

                                          S/ Julie A. Robinson
                                          JULIE A. ROBINSON
                                          UNITED STATES DISTRICT JUDGE